**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



**Court of Appeals**

**Thirteenth District of Texas**

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

May 19, 2015

Hon. Donald B. Edwards
Attorney at Law
P.O. Box 3302
Corpus Christi, TX 78463-3302
* DELIVERED VIA E-MAIL *

Hon. Douglas K. Norman
Asst. District Attorney
901 Leopard, Room 206
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00486-CR
Tr.Ct.No. 13-CR-3484-C
Style:    Gerardo Hernandez aka Gary Hernandez v. The State of Texas

     State's motion for extension of time to file brief was this day GRANTED IN PART by this Court. The time has been extended to Monday, June 08, 2015.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch